**Order entered November 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00914-CV

**RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP,**
**Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before us is appellants' unopposed motion for leave to file a post-submission letter brief and appellees' unopposed motion for leave to file a response to appellants' post-submission letter brief. Both motions seek leave to address recent case authority issued by the Ninth Circuit Court of Appeals. This same day we have issued this Court's opinion in this case. Accordingly, we **DENY** the parties' motions as **MOOT**.

/s/     AMANDA L. REICHEK
           JUSTICE